RECEIVED

FEB 0 8 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Mark S. Bledsoe
LAW OFFICES OF MARK S. BLEDSOE
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
Ph. (907) 272-5200
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES ex rel. Keller Supply Company, <br><br> Plaintiff, <br><br> vs. <br><br> GRAYSTAR MECHANICAL, INC., BRAD ERICHSON, NEESER CONSTRUCTION, INC. AND SAFECO INSURANCE COMPANY OF AMERICA Under Bond No. 6255769, <br><br> Defendants. | 3:06-cv-00030 RRB <br><br> Case No. A06-_____ CV |

**PLAINTIFF'S COMPLAINT**

Plaintiff United States ex rel. Keller Supply Company, by and through its undersigned attorneys, LAW OFFICES OF MARK S. BLEDSOE, alleges and complains as follows:

**Parties and Jurisdiction.**

1. Keller Supply Company ("Keller") is a Washington corporation.

2. Defendant Graystar Mechanical, Inc. ("Graystar") is upon information and belief an Alaska corporation. Defendant

    Brad Erichson ("Erichson") is upon information and belief the President and sole shareholder of Graystar, and an Alaskan resident. Defendant Neeser Construction, Inc. ("Neeser") is an Alaska corporation. Safeco Insurance Company of America ("Safeco") is a surety who provided a payment bond in favor of Neeser, Bond No. 6255769.

3. This court has jurisdiction over the parties hereto and the subject matter hereof by virtue of 40 USC Section 270a-e, commonly known as the Miller Act.

**Claim for relief.**

4. The United States government contracted with Neeser for the construction, alteration or repair of a public building or public work of the United States. The contract is known by the identification no. DACA85-02-D-0012. This construction project is known by the name of the ALERT HOLDING AREA AND PALLET PROCESSING FACILITY, located at Ft. Wainwright, Alaska.

5. This contract exceeds $2,000. In compliance with 40 USC Section 270a(2), Neeser, as principal, and Safeco as surety, executed a payment bond, Bond No. 6255769, for the protection of all persons supplying labor and material in the prosecution of the work provided for in the contract.

Law Offices of
Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
(907) 272-5200

2

U.S. ex rel. Keller Supply v. Graystar, et al.
Case No. A06-_____ CV
Plaintiff's Complaint

6. Neeser contracted with Graystar to perform a specific part of the labor and material requirements of Neeser's contract with the federal government.

7. Graystar thereafter contracted with Keller to purchase materials at a designated price and of a designated kind, quantity and quality for the work provided for in the original contract.

8. Keller delivered the materials to Graystar as contracted. Graystar has accepted the materials, but has failed and refused to pay for them, in spite of Keller's repeated requests that it do so.

9. Keller gave due and proper notice to Neeser of Keller's claim for nonpayment for the materials by Graystar, in compliance with 40 USC Section 270(b).

10. Erichson has contracted with Keller to guarantee personally Graystar's debts to Keller.

11. Graystar, Neeser, Safeco and Erichson owe Keller payment for the materials supplied to the construction project in the full amount of $66,726.95.

WHEREFORE, Keller requests the following relief:

Law Offices of
Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
(907) 272-5200

3

U.S. ex rel. Keller Supply v. Graystar, et al.
Case No. A06-_____ CV
Plaintiff's Complaint

A. For judgment against Graystar, Neeser, Safeco and Erichson, jointly and severally, in the amount due of $66,726.95;

B. For an award of Keller's costs, including attorneys fees, incurred in prosecuting this claim; and

C. For such other and further relief as the court deems just and fair.

DATED this __8__ day of __February__, 2006.

LAW OFFICES OF MARK S. BLEDSOE

By: _____
Mark S. Bledsoe
ABA No. 7610077

Law Offices of
Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
(907) 272-5200

4

U.S. ex rel. Keller Supply v. Graystar, et al.
Case No. A06-_____ CV
Plaintiff's Complaint