Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Neeser Construction, Inc., and
     Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES, ex rel. Keller Supply Company, <br><br> Plaintiff, <br><br> vs. <br><br> GRAYSTAR MECHANICAL, INC.; BRAD ERICHSON; NEESER CONSTRUCTION, INC.; and SAFECO INSURANCE COMPANY OF AMERICA, under Bond No. 6253698, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. 3-06-CV-00030 RRB |

ENTRY OF APPEARANCE

Oles Morrison Rinker & Baker LLP, hereby enters its appearance in the above-captioned action on behalf of defendants Neeser Construction, Inc., and Safeco Insurance Company of America and requests that all pleadings filed in this action be

served on it at 745 West 4th Avenue, Suite 502, Anchorage, Alaska 99501.

Dated: March 10, 2006

OLES MORRISON RINKER & BAKER LLP
Attorneys for Neeser Construction, Inc., and Safeco Insurance Company of America

By: s/ Julia M. I. Holden
    Julia M. I. Holden
    holden@oles.com
    Alaska Bar No. 0310046
    745 West 4th Avenue, Suite 502
    Anchorage, AK 99501
    Phone: (907) 258-0106
    Fax:   (907) 258-5519

F:\10140\11\pleadings\federal\P-JMH 002 EOA 031006.doc

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2006, a true and correct copy of the foregoing was served electronically on:

Mark S. Bledsoe
bledsoe@alaska.net
Law Offices of Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, AK 99503

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Entry of Appearance -- Page 2 of 2