Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Neeser Construction, Inc., and
     Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES, ex rel. Keller Supply Company, <br><br> Plaintiff, <br><br> vs. <br><br> GRAYSTAR MECHANICAL, INC.; BRAD ERICHSON; NEESER CONSTRUCTION, INC.; and SAFECO INSURANCE COMPANY OF AMERICA, under Bond No. 6253698, <br><br> Defendant. | Case No. 3-06-CV-00030 RRB |

<u>ANSWER OF NEESER CONTRUCTION, INC., AND SAFECO INSURANCE COMPANY OF AMERICA AND CROSS-CLAIM OF NEESER CONSTRUCTION INC.</u>

COME NOW defendants Neeser Construction, Inc. ("Neeser") and Safeco Insurance Company of America ("Safeco"), collectively referred to herein as answering defendants, by and

through their attorneys of records Oles Morrison Rinker & Baker LLP, and answer plaintiff's complaint as follows:

1.  Answering defendants have insufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 1 of plaintiff's complaint and therefore deny the same.

2.  Answering defendants admit that Neeser is an Alaska corporation and Safeco is a surety which provided a payment bond in favor of Neeser.  Answering defendants have insufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 2 of plaintiff's complaint and therefore deny the same.

3.  Answering defendants admit this court has jurisdiction in this matter.

4.  Answering defendants admit the allegations contained in paragraph 4 of plaintiff's complaint.

5.  Answering defendants admit the contract described in paragraph 4 of plaintiff's complaint exceeds $2,000.  Answering defendants further admit that Neeser, as principal,

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Answer of Neeser Construction, Inc., and
Safeco Insurance Company of America and
Cross-claim of Neeser Construction, Inc. -- Page 2 of 9

and Safeco as surety, executed a payment bond, Bond No. 6253698, for the protection of all persons who fall within the protection of the Miller Act payment bond requirements who actually supply labor and material which is incorporated into the work provided for in the contract.  Answering defendants deny the remaining allegations contained in paragraph 5 of plaintiff's complaint.

6.   Answering defendants admit the allegations contained in paragraph 6 of plaintiff's complaint.

7.   Answering defendants deny the allegations contained in paragraph 7 of plaintiff's complaint.

8.   Answering defendants deny the allegations contained in paragraph 8 of plaintiff's complaint.

9.   Answering defendants admit that Keller sent a letter to Neeser purporting to be due and proper notice under 40 U.S.C. § 270(b).  Answering defendants deny the remaining allegations in paragraph 9 of plaintiff's complaint.

10.   The allegations are in paragraph 10 of plaintiff's complaint are not directed against answering defendants and so are unanswered here.

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Answer of Neeser Construction, Inc., and
Safeco Insurance Company of America and
Cross-claim of Neeser Construction, Inc. -- Page 3 of 9

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

11. Answering defendants deny the allegations contained in paragraph 11 of plaintiff's complaint inasmuch as they apply to Neeser and Safeco. The allegations contained in paragraph 11 of plaintiff that are not directed toward answering defendants are unanswered here.

## AFFIRMATIVE DEFENSES

1. Plaintiff failed to state a claim on which relief can be granted against answering defendants.

2. Any damages sustained by plaintiff were the result, in whole or in part, of plaintiff's own conduct.

3. Plaintiff failed to mitigate its damages.

4. Plaintiff's claims are barred or reduced as against answering defendants because the claims are subject to setoff or recoupment.

5. Plaintiff's claims are barred by the doctrines of estoppel, estoppel in pais, waiver, and unclean hands.

6. Plaintiff's damages, if any, result entirely from the actions of persons or parties other than answering defendants.

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Answer of Neeser Construction, Inc., and
Safeco Insurance Company of America and
Cross-claim of Neeser Construction, Inc. -- Page 4 of 9

7. Plaintiff failed to comply with all conditions precedent to payment and therefore is not entitled to recovery.

8. Safeco asserts all affirmative defenses available to its principal.

9. Safeco's liability, if any, is limited to the penal sum of the payment bond as reduced by any prior payments.

10. Answering defendants reserve the right to assert or plead other and additional affirmative defenses, cross-claims, and/or counterclaims following a reasonable period of discovery.

<u>PRAYER FOR RELIEF</u>

WHEREFORE, having answered plaintiff's complaint, answering defendants pray for relief as follows:

1. That this action be dismissed with prejudice;

2. That answering defendants be awarded their costs and attorneys' fees incurred in defending this action; and

3. That answering defendants be awarded any other relief this court deems just and reasonable.

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Answer of Neeser Construction, Inc., and
Safeco Insurance Company of America and
Cross-claim of Neeser Construction, Inc. -- Page 5 of 9

### CROSS-CLAIM OF NEESER CONSTRUCTION, INC. AGAINST GRAYSTAR MECHANICAL, INC.

COME NOW second party plaintiff Neeser Construction, Inc. ("Neeser") and for its cross-claim against Graystar Mechanical, Inc. ("Graystar") alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1.  Neeser is an Alaska corporation with its principal place of business in Anchorage, Alaska.  Neeser has performed all conditions precedent to the maintenance of this action.

2.  On information and belief, Graystar is an Alaska corporation with its principal place of business in Fairbanks, Alaska.

3.  This court has jurisdiction pursuant to 28 U.S.C. § 1367.

### FACTUAL ALLEGATIONS

4.  Neeser repeats and incorporates herein by this reference each and every allegation contained in paragraphs 1 through 5 above.

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Answer of Neeser Construction, Inc., and
Safeco Insurance Company of America and
Cross-claim of Neeser Construction, Inc. -- Page 6 of 9

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

5.   Neeser hired Graystar as a subcontractor to perform work on the Alert Holding Area and Pallet Processing Facility project.  Graystar allegedly failed to make payment to Keller Supply as required under its subcontract with Keller Supply.

6.   Pursuant to Neeser's subcontract with Graystar, Graystar owes Neeser and Safeco an obligation to defend and indemnify both against the claims made by Keller Supply. Graystar was further obligated to make any payment owed to its subcontractors and suppliers.

7.   Graystar failed to make payments Keller Supply alleges are owing.  If Keller Supply is correct, this constitutes a breach of contract.

8.   Graystar to date has failed to respond to or otherwise take action regarding the claims made by Keller Supply.

9.   Graystar's failure to make payments as owed under the terms of its subcontract and failure to defend, indemnify and save harmless Neeser and Safeco constitute breaches of contract for which Neeser is entitled to recover damages.

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Answer of Neeser Construction, Inc., and
Safeco Insurance Company of America and
Cross-claim of Neeser Construction, Inc. -- Page 7 of 9

<u>PRAYER FOR RELIEF</u>

WHEREFORE Neeser prays for the following relief:

1.   Judgment against Graystar in the amount that Neeser and/or Safeco is required to pay to Keller Supply;

2.   An order from the court instructing Graystar to indemnify Neeser from any and all losses incurred in defending this lawsuit, including specifically Neeser's actual costs and attorneys fees in so defending; and

3.   Interest, attorneys fees, and costs as allowed by the rules.

Dated:   March 16, 2006   OLES MORRISON RINKER & BAKER LLP
Attorneys for Neeser Construction,
    Inc., and Safeco Insurance
    Company of America

By: s/ Julia M. I. Holden
    Julia M. I. Holden
    holden@oles.com
    Alaska Bar No. 0310046
    745 West 4th Avenue, Suite 502
    Anchorage, AK 99501
    Phone: (907) 258-0106
    Fax:   (907) 258-5519

F:\10140\11\pleadings\federal\P-JMH 002 EOA 031006.doc

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Answer of Neeser Construction, Inc., and
Safeco Insurance Company of America and
Cross-claim of Neeser Construction, Inc. -- Page 8 of 9

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2006, a true and correct copy of the foregoing was served electronically on:

Mark S. Bledsoe
bledsoe@alaska.net
Law Offices of Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, AK 99503

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Answer of Neeser Construction, Inc., and
Safeco Insurance Company of America and
Cross-claim of Neeser Construction, Inc. -- Page 9 of 9