Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Neeser Construction, Inc., and
        Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES, ex rel. Keller )
Supply Company,               )
                              )
          Plaintiff,          )
                              )
     vs.                      )
                              )
GRAYSTAR MECHANICAL, INC.;    )
BRAD ERICHSON; NEESER         )
CONSTRUCTION, INC.; and       )
SAFECO INSURANCE COMPANY OF   )
AMERICA, under Bond No.       )
6253698,                      )
                              )
          Defendants.         )   Case No. 3-06-CV-00030 RRB
_____)

RULE 7.1 DISCLOSURE OF
NEESER CONSTRUCTION, INC.

        Pursuant to Fed. R. Civ. P. 7.1, defendant Neeser

Construction, Inc. ("Neeser"), by and through counsel Oles

Morrison Rinker & Baker LLP, states that Neeser is a corporation

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

organized under the laws of the State of Alaska, with principal

offices at 2501 Blueberry Road, Anchorage, Alaska 99503.  Neeser

is a privately held corporation whose sole shareholder is Gerald

E. Neeser.

Dated:  April 7, 2006            OLES MORRISON RINKER & BAKER LLP
                                Attorneys for Neeser Construction,
                                    Inc., and Safeco Insurance
                                    Company of America

                                By: s/Julia M. I. Holden
                                    Julia M. I. Holden
                                    holden@oles.com
                                    Alaska Bar No. 0310046
                                    745 West 4th Avenue, Suite 502
                                    Anchorage, AK 99501
                                    Phone: (907) 258-0106
                                    Fax:  (907) 258-5519

P-JMH 003 DIS Rule 7.1 Neeser 040706 101400011A

                CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of
April, 2006, a true and correct copy of
the foregoing was served electronically
on:

Mark S. Bledsoe
bledsoe@alaska.net
Law Offices of Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, AK 99503

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Rule 7.1 Disclosure of Neeser Construction, Inc. -- Page 2 of 2

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519