Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Neeser Construction, Inc., and
    Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES, ex rel. Keller Supply Company, <br><br>    Plaintiff, <br><br>  vs. <br><br>GRAYSTAR MECHANICAL, INC.; BRAD ERICHSON; NEESER CONSTRUCTION, INC.; and SAFECO INSURANCE COMPANY OF AMERICA, under Bond No. 6253698, <br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3-06-CV-00030 RRB |

<u>RULE 7.1 DISCLOSURE OF</u>
<u>SAFECO INSURANCE COMPANY OF AMERICA</u>

Pursuant to Fed. R. Civ. P. 7.1, defendant Safeco Insurance Company of America ("Safeco"), by and through counsel Oles Morrison Rinker & Baker LLP, states that Safeco is a

corporation organized under the laws of the State of Washington, with principal offices at Seattle, Washington.  Safeco is a wholly/publicly owned subsidiary of Safeco Corporation, which is also a Washington corporation, with principal offices at Seattle, Washington.  Safeco Corporation is a publicly held corporation.

Dated:  April 7, 2006        OLES MORRISON RINKER & BAKER LLP
                             Attorneys for Neeser Construction,
                                Inc., and Safeco Insurance
                                Company of America

                             By: s/Julia M. I. Holden
                                 Julia M. I. Holden
                                 holden@oles.com
                                 Alaska Bar No. 0310046
                                 745 West 4th Avenue, Suite 502
                                 Anchorage, AK 99501
                                 Phone: (907) 258-0106
                                 Fax:   (907) 258-5519


P-JMH 003 DIS Rule 7.1 Safeco 040706 101400011A

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Rule 7.1 Disclosure of Safeco Insurance
Company of America -- Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2006, a true and correct copy of the foregoing was served electronically on:

Mark S. Bledsoe
bledsoe@alaska.net
Law Offices of Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, AK 99503

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Rule 7.1 Disclosure of Safeco Insurance Company of America -- Page 3 of 3