Mark S. Bledsoe
LAW OFFICES OF MARK S. BLEDSOE
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
Ph. (907) 272-5200
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES ex rel. Keller Supply Company,<br><br>               Plaintiff,<br><br>vs.<br><br>GRAYSTAR MECHANICAL, INC., BRAD ERICHSON, NEESER CONSTRUCTION, INC. AND SAFECO INSURANCE COMPANY OF AMERICA Under Bond No. 6255769,<br><br>               Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. A06-CV-0030 RRB |

**CIVIL RULE 7.1 DISCLOSURE OF
KELLER SUPPLY COMPANY**

Plaintiff United States ex rel. Keller Supply Company, by and through its undersigned attorneys, LAW OFFICES OF MARK S. BLEDSOE, pursuant to Civil Rule 7.1, discloses that Keller Supply Company is a Washington corporation. 100% of the stock of the corporation issued and outstanding is privately held.

DATED this _____ day of _____, 2006.

LAW OFFICES OF MARK S. BLEDSOE

By:_____
    Mark S. Bledsoe
    ABA No. 7610077

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the _____ day of April, 2006, a copy of the foregoing document was mailed to:

Julia M. I. Holden
Oles Morrison Rinker & Baker
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136

By:_____
   Mark S. Bledsoe