# UNITED STATES DISTRICT COURT

### District of

### ALASKA

UNITED STATES ex rel. Keller
  Supply Company )

)
)
)
)
       **Plaintiff,** )

**VS.** )

GRAYSTAR MECHANICAL, INC., )
BRAD ERICHSON, NEESER )
CONSTRUCTION,INC. AND )
SAFECO INSURANCE CO. OF )
AMERICAN Under Bond No. )
6255769   **Defendant,** )

**RETURN OF SERVICE**
Court #: 3-06-CV-00030-RRB
Attorney: Mark Bledsoe
File #: _____

**I HEREBY CERTIFY AND RETURN** that on 3/8/06 at approximately 8:30pm
I served the annexed SUMMONS and Complaint _____

_____

_____

on the therein named Defendant at North Pole , Alaska, by handing to and leaving a true and correct
copy thereof with:

XX Individual Brad Erichson @ his residence @ 1311 Benshoof Dr.
___ Suitable service at the defendant's principle place of abode with    North Pole, AK
    a person of suitable age and discretion – Name of Person Served _____

___ Employer or Payroll Clerk _____
___ Registered Agent _____
___ Other _____

_____      Date: 3/20/06
LAWRENCE FORTMANN, Process Server

8 attempts

Service or Endeavor Fee $ 45.00
Mileage _____ Miles _____
Computer Search _____
DMV Energy Sur. 30.00
Long Distance Calls _____
Locate _____
Extra Time _____ Hours _____
Total $ 75.00

**FORT ENTERPRISES**
Process Service and Investigations
P.O. Box 56589, North Pole, AK 99705
North Pole Office: (907) 488-7766
Fairbanks Office: (907) 451-0132

© Fort Enterprises, 2002   R5-D-MP-102-91E

SUBSCRIBED AND SWORN TO
Before me this 20 day of March ,2006
BY: _____
Notary in and for the State of Alaska
MY COMMISSION EXPIRES: 6/25/07



NOTARY PUBLIC
ALETA J. G?
STATE OF ALASKA

NOTARY PUBLIC
ALETA J. GEER
STATE OF ALASKA