IN THE U.S. DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT, AT ANCHORAGE

CITY OF FAIRBANKS, ex rel. Keller Supply Company, )
)
)
-VS- Plaintiff(s) )
)
GRAYSTAR MECHANICAL, INC., et al, )   **RETURN OF SERVICE**
)
)
Defendant(s) )

REC'D FEB 17 2006

Case No: 3-06-CV-00030 RRB

I certify that on Wednesday, February 15, 2006 at 4:20 PM I served the following documents SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; PLAINTIFF'S COMPLAINT

on the therein named NEESER CONSTRUCTION, INC.

at 310 K STREET, #601 in Anchorage, Alaska by leaving a true and correct copy with FRANCES NOSEK, JR., REGISTERED AGENT FOR NEESER CONSTRUCTION, INC.

Process Server / GENA COLEMAN

SUBSCRIBED AND SWORN to me this day of Thursday, February 16, 2006

Notary Public in and for the State of Alaska
My Commission Expires: 3-5-09

(SEAL)

Attorney: MARK S. BLEDSOE
2525 BLUEBERRY, #202
ANCHORAGE, AK 99503

Attention:
File No:
Service Fee:  $35.00
Mileage:      $10.00
Endeavor:
Endeavor:

Total:   $45.00   (A.P.S.) NO:   61884

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237