IN THE U.S. DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT, AT ANCHORAGE

CITY OF FAIRBANKS, ex rel. Keller Supply Company, )
)
)
)
-vs-                                    Plaintiff(s) )
)
GRAYSTAR MECHANICAL, INC. et al,    )
)
)
Defendant(s) )

REC'D FEB 17 2006

**RETURN OF SERVICE**

Case No: <u>3-06-CV-00030 RRB</u>

I certify that on <u>Wednesday, February 15, 2006</u> at <u>4:05 PM</u> I served the following documents
SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; PLAINTIFF'S COMPLAINT

on the therein named <u>SAFECO INSURANCE COMPANY OF AMERICA, Under Bond No. 6253698</u>

at <u>4000 OLD SEWARD HIGHWAY, #200</u> in <u>Anchorage</u>, Alaska by leaving a true and correct copy with
BARBARA JOHNSON, AUTHORIZED AGENT FOR SAFECO INSURANCE COMPANY OF AMERICA, AUTHORIZED TO ACCEPT SERVICE

Process Server / GENA COLEMAN

SUBSCRIBED AND SWORN to me this day of Thursday, February 16, 2006

Notary Public in and for the State of Alaska
My Commission Expires: 3-5-08

(SEAL)

Attorney: MARK S. BLEDSOE
2525 BLUEBERRY, #202
ANCHORAGE, AK 99503

Attention:
File No:
Service Fee:   $35.00
Mileage:       $10.00
Endeavor:
Endeavor:

Total:         $45.00     (A.P.S.) NO:    61882

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK 99501
Phone (907) 276-2237