Mark S. Bledsoe
LAW OFFICES OF MARK S. BLEDSOE
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
Ph. (907) 272-5200
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES ex rel. Keller Supply Company, <br><br> Plaintiff, <br><br> vs. <br><br> GRAYSTAR MECHANICAL, INC., BRAD ERICHSON, NEESER CONSTRUCTION, INC. AND SAFECO INSURANCE COMPANY OF AMERICA Under Bond No. 6255769, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. A06-cv-0030 RRB |

**CIVIL RULE 7.1 DISCLOSURE OF**
**KELLER SUPPLY COMPANY**

Plaintiff United States ex rel. Keller Supply Company, by and through its undersigned attorneys, LAW OFFICES OF MARK S. BLEDSOE, pursuant to Civil Rule 7.1, discloses that Keller Supply Company is a Washington corporation. 100% of the stock of the corporation issued and outstanding is privately held.

DATED this 20 day of April, 2006.

LAW OFFICES OF MARK S. BLEDSOE

By: /s/ Mark S. Bledsoe
Mark S. Bledsoe
ABA No. 7610077

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20 day of April, 2006, a copy of the foregoing document was mailed to:

Julia M. I. Holden
Oles Morrison Rinker & Baker
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136

By: /s/ Mark S. Bledsoe
Mark S. Bledsoe

Law Offices of
Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
(907) 272-5200

2

U.S. ex rel. Keller Supply v. Graystar, et al.
Case No. A06-CV-0030 RRB
Plaintiff's Civil Rule 7.1 Disclosure