UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

44343

| | |
|---|---|
| United States, ex rel.<br>Keller Supply Company<br><br>-vs-<br><br>Graystar Mechanical, Inc. Brad Erichson,<br>Nesser Construction, Inc. and Safeco Insurance Co<br>of America Under Bond # 6255769 | **RETURN OF SERVICE**<br><br>Case No: <u>3-06-00030  RRB</u><br><br><br>Alaska Court Services<br>P.O. Box 212041<br>Anchorage, Ak 99521<br>907-258-3211 |

**I certify that on <u>Saturday, April 1, 2006</u> at <u>1:44pm</u> I served the following documents:**
Summons in a Civil Action; Answer of Neeser Construction, Inc., and Safeco Insurance Company of America and Cross-Claim of Neeser Construction, Inc.

**for service upon <u>Brad Erichson, Registered Agent, Greystar Mechanical, Inc.</u>**
**at <u>1311 Benshoof Drive</u> in <u>North Pole,</u> Alaska.**
**By leaving a true and correct copy with Brad Erichson, Registered Agent,**

SUBSCRIBED AND SWORN to me on   April 12, 2006

PROCESS SERVER - WILLIAM M. MCNEAL

Notary Public in and for the State of Alaska
My Commission Expires 6-5-2009

Client:   Oles Morrison Rinker & Baker LLP
745 West 4th Ave, Suite 502
Anchorage , AK . 99501

Attention:   michelle
File No:   10140.11
Service Fee:   $35.00
Mileage:   $10.00
Endeavor:
Endeavor:
Total:   $45.00



"OFFICIAL S E A L"
ROD ZIEGER
NOTARY PUBLIC, STATE OF ALASKA
MY COMMISSION EXPIRES