## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 KELLER SUPPLY COMPANY, ex rel    v.    GRAYSTAR MECHANICAL, et al 

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                           CASE NO.  3:06-cv-00030-RRB 

 CAROLYN BOLLMAN 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: July 10, 2006

**Plaintiff is required to take action as to:**

| Complaint | Amended Complaint | Third Party Complaint | Complaint In Intervention |
|-----------|-------------------|-----------------------|---------------------------|
| [X]       | [ ]               | [ ]                   | [ ]                       |

|     |     |
|-----|-----|
|     | Failure to Serve.  Proof of service as to one or more defendants is lacking.  File proofs of service on those defendants already served.  Proceed to serve any other defendants so as to comply with Rule 4(m), Federal Rules of Civil Procedure. |
| XX  | Case Not at Issue.  An answer has not been filed by one or more defendants served in this case.  Where the time to answer has expired, require an answer immediately or apply for default within 20 days from the date of this minute order.  Defendants Graystar Mechanical, Inc., Brad Erichson and Cross claim defendant Graystar Mechanical. |

Plaintiff Required to Take Action
[]{ID1.WPD*Rev.09/02}