Mark S. Bledsoe
LAW OFFICES OF MARK S. BLEDSOE
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
Ph. (907) 272-5200
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES ex rel. Keller Supply Company, <br><br> Plaintiff, <br><br> vs. <br><br> GRAYSTAR MECHANICAL, INC., BRAD ERICHSON, NEESER CONSTRUCTION, INC. AND SAFECO INSURANCE COMPANY OF AMERICA Under Bond No. 6255769, <br><br> Defendants. | Case No. A06-CV-0030 RRB |

**APPLICATION FOR DEFAULT JUDGMENT**

To:   Clerk of Court

COMES NOW, Plaintiff, UNITED STATES ex rel. Keller Supply Company, by and through its undersigned attorneys, LAW OFFICES OF MARK S. BLEDSOE, and makes application for an entry of default and default judgment against defendants Graystar Mechanical, Inc. and Brad Erichson, for defendants' failure to plead or otherwise defend in this action.  This Application is supported by the Affidavit of Counsel, filed concurrently herewith.

Law Offices of
**Mark S. Bledsoe**
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
(907) 272-5200

Dated this 20 day of July, 2006.

LAW OFFICES OF MARK S. BLEDSOE

By: 

Mark S. Bledsoe
ABA No. 7610077

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20 day of July, 2006, a copy of the foregoing document was mailed to:

Julia M. I. Holden
Oles Morrison Rinker & Baker
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136

By: _____
Mark S. Bledsoe

Law Offices of
Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
(907) 272-5200

2

U.S. ex rel. Keller Supply v. Graystar, et al.
Case No. 3:06-cv-0030-RRB
APPLICATION FOR DEFAULT JUDGMENT