Mark S. Bledsoe
LAW OFFICES OF MARK S. BLEDSOE
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
Ph. (907) 272-5200
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES ex rel. Keller Supply Company, ) ) ) Plaintiff, ) ) vs. ) ) GRAYSTAR MECHANICAL, INC., ) BRAD ERICHSON, NEESER ) CONSTRUCTION, INC. AND SAFECO ) INSURANCE COMPANY OF AMERICA ) Under Bond No. 6255769, ) ) Defendants. ) ) | Case No. A06-CV-0030 RRB |

### AFFIDAVIT FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

STATE OF ALASKA       )
                      ) ss.
Third Judicial District )

  I, Mark S. Bledsoe, being first duly sworn, upon oath, depose and state as follows:

  1. I am an attorney with the Law Offices of Mark S. Bledsoe, attorneys for Plaintiff, Keller Supply Corporation, in this action.

  2. An examination of the court files and records show that the Summons and Complaint herein were served on Defendants, Graystar Mechanical, Inc. and Brad Erichson, on March

8, 2006, by Lawrence Fortmann, a licensed process server. A copy of the Returns of Service are attached hereto as Exhibits "A" and "B".

    3.    The time in which these Defendants could plead or otherwise defend this action has expired without such action by Defendants.

    4.    That the amount justly due and owing Plaintiff from Defendants, Graystar Mechanical, Inc. and Brad Erichson, is $66,726.95, of which nothing has been paid.

    5.    That Defendants, Garystar Mechanical, Inc. and Brad Erichson expressly contracted with Plaintiff to pay Plaintiff's costs of collecting past due amounts including attorney fees and court costs. See, Exhibit C, which is the "Account Agreement" between Defendants and Plaintiff dated March 5, 1997, Bates stamp no. 002001. That the amount of attorneys' fees incurred to date and actually billed to Plaintiff in connection with this claim is $6,272.94, and court costs are $300.00, which includes a filing fee of $150.00 and two (2) service of process fees of $75.00 each. The total amount due to Plaintiff for all amounts due, including principal, costs and attorneys fees, is $73,299.89.

    7.    That Defendants are not infants or incompetent, nor in the military service of the United States, protected by the Soldiers and Sailors Relief Act of 1940, as amended.

Law Offices of
Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
(907) 272-5200

DATED this 20 day of July, 2006.

_____
Mark S. Bledsoe

SUBSCRIBED AND SWORN to before me this 20 day of July, 2006.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: 6/10/10

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20 day of July, 2006, a copy of the foregoing document was mailed to:

Julia M. I. Holden
Oles Morrison Rinker & Baker
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136

By_____
Mark S. Bledsoe

Law Offices of
Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
(907) 272-5200

3
Keller Supply Corporation v. Graystar mechanical, Inc. et al
Case No. A06-CV-0030 RRB
AFFIDAVIT FOR ENTRY OF DEFAULT
AND DEFAULT JUDGMENT