UNITED STATES DISTRICT COURT

District of

ALASKA

UNITED STATES ex rel. Keller Supply Company

)
)
)
)
)
)

**Plaintiff,**

)
)

VS.

)

GRAYSTAR MECHANICAL, INC., BRAD ERICHSON, NEESER CONSTRUCTION, INC. AND SAFECO INSURANCE CO. OF AMERICA Under Bond No. 6255769

)
)
)
)
)

**Defendant,**

)

**RETURN OF SERVICE**

Court #: 3-06-CV-0030 RRB
Attorney: Mark Bledsoe
File #: _____

**I HEREBY CERTIFY AND RETURN** that on __3/8/06__ at approximately __8:30pm__
I served the annexed __SUMMONS and Complaint__

on the therein named __Defendant__ at __North Pole__, Alaska, by handing to and leaving a true and correct copy thereof with:

___ Individual _____
___ Suitable service at the defendant's principle place of abode with a person of suitable age and discretion — Name of Person Served _____

___ Employer or Payroll Clerk _____
XX Registered Agent __Brad Erichson for Graystar Mechanical @__
___ Other _____   __1311 Benshoof Dr.__
                              __North Pole, AK__

Date: __3/20/06__

LAWRENCE FORTMANN, Process Server

2 attempts —

Service or Endeavor Fee $ __45.00__
Mileage ____ Miles ____
Computer Search ____
DMV/ENERGY/SUR. __30.00__
Long Distance Calls ____
Locate ____
Extra Time ____ Hours ____
Total           $ __75.00__

FORT ENTERPRISES
Process Service and Investigations
P.O. Box 56589, North Pole, AK 99705
North Pole Office: (907) 488-7766
Fairbanks Office: (907) 451-0132

© Fort Enterprises, 2002   RS-D-MP-102-91E

SUBSCRIBED AND SWORN TO
Before me this __20__ day of __March__, 20__06__

BY: __Aleta J. Geer__
Notary in and for the State of Alaska
MY COMMISSION EXPIRES: __6/25/07__

NOTARY PUBLIC
ALETA J. GEER
STATE OF ALASKA

EXHIBIT __A__
PAGE __1__ OF __1__