UNITED STATES DISTRICT COURT
District of
ALASKA

UNITED STATES ex rel. Keller Supply Company )
)
)
)
)
Plaintiff, )
VS. )
GRAYSTAR MECHANICAL, INC., )
BRAD ERICHSON, NEESER )
CONSTRUCTION, INC. AND )
SAFECO INSURANCE CO. OF )
AMERICAN Under Bond No. )
6255769       Defendant, )

**RETURN OF SERVICE**
Court #: 3-06-CV-00030-RRB
Attorney: Mark Bledsoe
File #: _____

I HEREBY CERTIFY AND RETURN that on 3/8/06 at approximately 8:30pm I served the annexed SUMMONS and Complaint

on the therein named Defendant at North Pole, Alaska, by handing to and leaving a true and correct copy thereof with:
XX Individual  Brad Erichson @ his residence @ 1311 Benshoof Dr.
___ Suitable service at the defendant's principle place of abode with  North Pole, AK
a person of suitable age and discretion – Name of Person Served _____

___ Employer or Payroll Clerk _____
___ Registered Agent _____
___ Other _____

_____ Date: 3/20/06
LAWRENCE FORTMANN, Process Server

SUBSCRIBED AND SWORN TO
Before me this 20 day of March, 2006
BY: Aleta J. Geer
Notary in and for the State of Alaska
MY COMMISSION EXPIRES: 6/25/07

8 attempts
Service or Endeavor Fee  $ 45.00
Mileage _____ Miles _____
Computer Search _____
DMV  Energy Sur. 30.00
Long Distance Calls _____
Locate _____
Extra Time ____ Hours _____
Total           $ 75.00

FORT ENTERPRISES
Process Service and Investigations
P.O. Box 56589, North Pole, AK 99705
North Pole Office: (907) 488-7766
Fairbanks Office: (907) 451-0132

© Fort Enterprises, 2002  R5-D-MP-102-91E

NOTARY PUBLIC
ALETA J. GEER
STATE OF ALASKA

NOTARY PUBLIC
ALETA J. GEER
STATE OF ALASKA

EXHIBIT  B
PAGE ____ OF ____