Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Neeser Construction, Inc., and
      Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES, ex rel. Keller Supply Company, <br><br> Plaintiff, <br><br> vs. <br><br> GRAYSTAR MECHANICAL, INC.; BRAD ERICHSON; NEESER CONSTRUCTION, INC.; and SAFECO INSURANCE COMPANY OF AMERICA, under Bond No. 6253698, <br><br> Defendants. | Case No. 3-06-CV-00030 RRB |

APPLICATION FOR ENTRY OF DEFAULT

TO:  CLERK OF THE COURT

        Pursuant to Fed. R. Civ. P. 55(a), defendant/cross-claimant, Neeser Construction, Inc., by and through its

attorneys, Oles Morrison Rinker & Baker LLP, hereby requests that you enter the default of cross-claim defendant, Graystar Mechanical, Inc., for failure to plead in or otherwise defend this action, as stated in the affidavit annexed hereto.

Dated: August 18, 2006              OLES MORRISON RINKER & BAKER LLP
                                     Attorneys for Neeser Construction,
                                        Inc., and Safeco Insurance
                                        Company of America


                                 By: s/Julia M. I. Holden
                                     Julia M. I. Holden
                                     holden@oles.com
                                     Alaska Bar No. 0310046
                                     745 West 4th Avenue, Suite 502
                                     Anchorage, AK 99501
                                     Phone: (907) 258-0106
                                     Fax:   (907) 258-5519

P-JMH 004 APP entry of default 081806 101400011A

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Application for Entry of Default -- Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2006, a true and correct copy of the foregoing was served electronically on:

Mark S. Bledsoe
bledsoe@alaska.net
Law Offices of Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, AK 99503

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden