Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Neeser Construction, Inc., and
     Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES, ex rel. Keller Supply Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>GRAYSTAR MECHANICAL, INC.; BRAD ERICHSON; NEESER CONSTRUCTION, INC.; and SAFECO INSURANCE COMPANY OF AMERICA, under Bond No. 6253698,<br><br>    Defendants. | Case No. 3-06-CV-00030 RRB |

AFFIDAVIT FOR ENTRY OF DEFAULT

| | |
|---|---|
| STATE OF ALASKA | )<br>) ss |
| THIRD JUDICIAL DISTRICT | ) |

Julia M. I. Holden, being first duly sworn, upon her oath deposes and states as follows:

1. I am an attorney with Oles Morrison Rinker & Baker LLP, attorneys for defendant/cross-claimant, Neeser Construction, Inc. ("Neeser"), in this action.

2. The cross-claim and summons herein were served on cross-claim defendant, Graystar Mechanical, Inc. ("Graystar") in North Pole, Alaska, on or about April 1, 2006, as shown on return of service filed on April 26, 2006 at docket number 13.

3. The time within which cross-claim defendant, Graystar, could plead in or otherwise defend this action has expired without such action by cross-claim defendant, Graystar.

4. The defendant/cross-claimant, Neeser has applied for the default of cross-claim defendant, Graystar, for failure to plead in or otherwise defend this action.

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Affidavit for Entry of Default
And Default Judgment -- Page 2 of 4

5. Cross-claim defendant, Graystar, is not an infant, incompetent, nor in the military service of the United States.

_____
Julia M. I. Holden

SUBSCRIBED and SWORN to before me this 18th day of August, 2006.

_____
Notary Public in and for Alaska
My Commission Expires 3-27-07

P-JMH 004 AFF entry of default 081806 101400011A



*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Affidavit for Entry of Default
And Default Judgment -- Page 3 of 4

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2006, a true and correct copy of the foregoing was served electronically on:

Mark S. Bledsoe
bledsoe@alaska.net
Law Offices of Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, AK 99503

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden