Julia M. I. Holden, Esq.
Oles Morrison Rinker & Baker LLP
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136
Ph.: (907) 258-0106
Fax: (907) 258-5519

Attorneys for Neeser Construction, Inc., and
    Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES, ex rel. Keller Supply Company,<br><br>  Plaintiff,<br><br>  vs.<br><br>GRAYSTAR MECHANICAL, INC.; BRAD ERICHSON; NEESER CONSTRUCTION, INC.; and SAFECO INSURANCE COMPANY OF AMERICA, under Bond No. 6253698,<br><br>  Defendants. | Case No. 3-06-CV-00030 RRB |

ENTRY OF DEFAULT

Defendant/cross-claimant, Neeser Construction, Inc., requested that default be entered against cross-claim defendant, Graystar Mechanical, Inc., and said cross-claim defendant failed to plead in or otherwise defend this action.

1   IT IS ORDERED that default is entered against cross-
2   claim defendant, Graystar Mechanical, Inc.

3

4   Dated: _____    _____
5                                        Ida Romack, Clerk of Court

6   P-JMH 004 ENT of default 081806 101400011A

7

8              CERTIFICATE OF SERVICE

9   I hereby certify that on this 18th day of
    August, 2006, a true and correct copy of
10  the foregoing was served electronically
    on:
11
    Mark S. Bledsoe
12  bledsoe@alaska.net
    Law Offices of Mark S. Bledsoe
13  2525 Blueberry Road, Suite 202
    Anchorage, AK 99503
14
    OLES MORRISON RINKER & BAKER LLP
15
    By: s/Julia M. I. Holden
16

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Entry of Default -- Page 2 of 2