


Case 3:06-cv-00030-RRB Document 25 Filed 01/04/2007 Page 1 of 2

Mark S. Bledsoe
LAW OFFICES OF MARK S. BLEDSOE
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
Ph. (907) 272-5200
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES ex rel. Keller Supply Company, <br><br> Plaintiff, <br><br> vs. <br><br> GRAYSTAR MECHANICAL, INC., BRAD ERICHSON, NEESER CONSTRUCTION, INC. AND SAFECO INSURANCE COMPANY OF AMERICA Under Bond No. 6255769, <br><br> Defendants. | Case No. 3:06-CV-0030 RRB |

**STIPULATION FOR DISMISSAL**

COMES NOW Plaintiff, UNITED STATES ex rel. Keller Supply Company ("Keller"), by and through its attorney, Mark S. Bledsoe, and Defendants Neeser Construction, Inc. ("Neeser") and Safeco Insurance Company of America under Bond No. 6253698 ("Safeco"), by and through their attorney, Julia M.I. Holden, and stipulate and agree that Keller's claims against defendants Neeser and Safeco be dismissed with prejudice, with each party to pay its own costs and attorneys fees, or as otherwise agreed between counsel, on the grounds that all claims of Keller have been fully satisfied by Neeser and Safeco.

Defendants Graystar Mechanical, Inc. ("Graystar") and

Law Offices of
Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
(907) 272-5200

Brad Erichson ("Erichson") have not appeared, and they have not answered either Keller's complaint or Neeser's cross claim. The clerk has entered the default of Graystar and Erichson both as to the claims in Keller's complaint and as to the claims in Neeser's cross claim. This stipulation does not dismiss Neeser's cross claims, which remain in full force and effect; nor does this stipulation dismiss Keller's claims against defendants Graystar and Erichson, which shall be assigned in full to Neeser.

Date: 28 Dec '06

Mark S. Bledsoe
ABA No. 7610077

Date: 12/28/06

ABA #0605026

Julia M.T. Holden
ABA No. 0310046

### ORDER

All claims of Keller Supply Company against Neeser and Safeco are hereby dismissed with prejudice.

Date: 1/4/07

S/RRB
Ralph R. Beistline
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28 day of December, 2006, a copy of the foregoing document was served electronically upon:

Julia M. T. Holden
Oles Morrison Rinker & Baker
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136

By: Mark S. Bledsoe

Law Offices of
Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
(907) 272-5200

2

United States ex rel. Keller Supply v. Graystar, et al.
Case No. 3:06-CV-0030 RRB
STIPULATION AND ORDER FOR DISMISSAL