Mark S. Bledsoe
LAW OFFICES OF MARK S. BLEDSOE
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
Ph. (907) 272-5200
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES ex rel. Keller Supply Company, <br><br> Plaintiff, <br><br> vs. <br><br> GRAYSTAR MECHANICAL, INC., BRAD ERICHSON, NEESER CONSTRUCTION, INC. AND SAFECO INSURANCE COMPANY OF AMERICA Under Bond No. 6255769, <br><br> Defendants. | Case No. 3:06-CV-0030 RRB |

## STATUS REPORT

COMES NOW Plaintiff, UNITED STATES ex rel. Keller Supply Company ("Keller"), by and through its attorney, Mark S. Bledsoe, and responds to the court's request of May 22, 2007, for a status report.

A review of the file indicates that Keller was dismissed from this action by way of that Stipulation for Dismissal dated December 28, 2006 and approved by the court on January 4, 2007. In connection with Keller's dismissal from this case, Keller assigned to defendant Neeser Construction, Inc. its claims against defendants Brad Erichson and Graystar Mechanical, Inc. As well, at the time of the dismissal, defendant Neeser was

asserting cross claims against Erichson and Graystar Mechanical.

Plaintiff Keller Supply Company has no further information to share with the court regarding the current status of this case.

Date: 6/1/07

Mark S. Bledsoe
ABA No. 7610077

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the   1   day of June, 2007, a copy of the foregoing document was served electronically upon:

Julia M. I. Holden
Oles Morrison Rinker & Baker
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501-2136

By:
Mark S. Bledsoe

Law Offices of
Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503
(907) 272-5200

2
United States ex rel. Keller Supply v. Graystar, et al.
Case No. 3:06-CV-0030 RRB
STATUS REPORT