UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KELLER SUPPLY CO, ex rel   v.   GRAYSTAR MECHANICAL, et al

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                          CASE NO. 3:06-cv-00030-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**         DATE: June 15, 2007

      The above-named plaintiff filed a status report as requested, informing the court that any claims between Keller Supply and defendants Nesser Construction and Safeco Insurance Company have been settled, and those defendants have been dismissed by order of the court on January 4, 2007 at docket 25.

      Clerk's Entry of Default was issued August 8, 2006 at docket 18 as to Graystar Mechanical and Brad Erichson, and August 21, 2006 at docket 20 regarding Cross claimants Nesser Construction and Safeco Insurance Company as to Graystar Mechanical.

      Unless a motion for Default Judgment is received by July 16, 2007, it will be assumed that no further action is necessary, and this case will be dismissed.

[]{IF1.WPD*Rev 12/96)