Julia M. I. Holden, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501
Phone:  907-258-0106
Fax:  907-258-5519

Attorneys for Neeser Construction Inc. and
     Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES, ex rel. Keller Supply Company, )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>GRAYSTAR MECHANICAL INC.; BRAD ERICHSON; NEESER CONSTRUCTION INC.; and SAFECO INSURANCE COMPANY OF AMERICA, under Bond No. 6255769,  )<br>)<br>Defendants.  ) | Case No. 3-06-CV-00030 RRB<br><br>APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY CLERK AGAINST BRAD ERICHSON |

TO:   CLERK OF THE COURT

Pursuant to Federal Rule of Civil Procedure 55(b), cross-claimant Neeser Construction Inc., by and through its attorneys, Oles Morrison Rinker & Baker LLP, hereby requests that you enter default judgment in favor of Neeser Construction Inc., and against defendant Brad Erichson, for recovery of sums

paid by Neeser to Keller Supply Company to satisfy Erichson's obligations under his personal guarantee provided to Keller for charges incurred on the account of Graystar Mechanical Inc., of which Erichson is president and sole shareholder, as set forth in the affidavit filed herewith.

Dated: July 16, 2007       OLES MORRISON RINKER & BAKER LLP
                           Attorneys for Neeser Construction
                              Inc. and Safeco Insurance
                              Company of America

                           By: s/Julia M. I. Holden
                               Julia M. I. Holden
                               holden@oles.com
                               Alaska Bar No. 0310046
                               745 West 4th Avenue, Suite 502
                               Anchorage, AK 99501
                               Phone: (907) 258-0106
                               Fax: (907) 258-5519

P-JMH 006 APP clerk judgment-Erichson 071607 101400011A

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2007, a true and correct copy of the foregoing was served electronically on:

Mark S. Bledsoe
bledsoe@alaska.net
Law Offices of Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, AK 99503

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Application for Entry of Default Judgment by Clerk
Against Brad Erichson -- Page 2 of 2