Julia M. I. Holden, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501
Phone: 907-258-0106
Fax:   907-258-5519

Attorneys for Neeser Construction Inc. and
    Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES, ex rel. Keller Supply Company, <br><br> Plaintiff, <br><br> vs. <br><br> GRAYSTAR MECHANICAL INC.; BRAD ERICHSON; NEESER CONSTRUCTION INC.; and SAFECO INSURANCE COMPANY OF AMERICA, under Bond No. 6255769, <br><br> Defendants. | Case No. 3-06-CV-00030 RRB <br><br> AFFIDAVIT FOR ENTRY OF DEFAULT JUDGMENT AGAINST BRAD ERICHSON |

STATE OF ALASKA          )
                         ) ss
THIRD JUDICIAL DISTRICT  )

Barton J. Wachsteter, being first duly sworn, deposes and says:

1. I am an attorney with Oles Morrison Rinker & Baker LLP, attorneys for Neeser Construction Inc. in this action.

2. The default of defendant Brad Erichson has been entered for Erichson's failure to appear.

3. Erichson, at all times material to this action, was the president and sole shareholder of Graystar.

4. Erichson contracted with Keller Supply to personally guarantee Graystar's debts to Keller. A copy of the guarantee agreement is attached hereto as Exhibit A.

5. Neeser hired Graystar Mechanical Inc. as a subcontractor to perform work on the Alert Holding Area and Pallet Processing Facility project. Graystar failed to make payment to Keller Supply as required under its subcontract with Keller Supply.

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Affidavit for Entry of Default Judgment Against
Brad Erichson -- Page 2 of 4

6.  Pursuant to a Settlement Agreement entered into between Neeser and plaintiff Keller Supply Company, Neeser paid the amounts due to Keller from Graystar under Graystar's subcontract with Keller on or about December 13, 2006, in the amount of $74,846.95. A copy of that settlement agreement is attached hereto as Exhibit B.

7.  Neeser has incurred costs and fees in this matter as shown below:

```
Costs
Service of Process              45.00
Photocopying                    62.70
     Total Costs                           $107.70

Attorney Fees                              1,931.95

     Total Costs and Fees                $2,039.65
```

Itemized statements of costs and fees are attached hereto as Exhibits C and D.

8.  Under the terms of the Settlement Agreement, Keller assigned in full all of its causes of action against Graystar and Erichson.

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Affidavit for Entry of Default Judgment Against
Brad Erichson -- Page 3 of 4

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

9. Defendant Erichson is not an infant, incompetent, nor in the military service of the United States.

_____
Barton J. Wachsteter

SUBSCRIBED AND SWORN to before me this 16th day of July, 2007.



_____
Notary public in and for Alaska
My commission expires: 8-14-10

P-JMH 006 AFF clerk judgment-Erichson 071607 101400011A

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2007, a true and correct copy of the foregoing was served electronically on:

Mark S. Bledsoe
bledsoe@alaska.net
Law Offices of Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, AK 99503

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Affidavit for Entry of Default Judgment Against
Brad Erichson -- Page 4 of 4