## ACCOUNT AGREEMENT

I (we) promise to pay my account in full within ten days after your statement is received. A service charge of 1.5% per month will be imposed on all past due accounts. If, however, this account is not paid as agreed, I (we) agree to pay in addition to the foregoing, a reasonable attorney's fee, or if this account is placed in the hands of a collection agency, I (we) acknowledge that you will be damaged thereby to the extent of the collection charge against you and I (we) therefore agree to pay to you, as liquidated damages, and amount equal to the amount charged to you on said collection by said collection agency, not exceeding, however, fifty percent of the amount unpaid thereon, and also a reasonable attorney's fee.

For value received each and every party who signs this agreement or becomes liable either now or hereafter for the payment of this agreement severally waives presentment, demand, protest, and notice of non-payment hereof, binds himself hereon as the principal and not as surety and agrees to remain bound hereon notwithstanding any extension that may be made to and party liable hereon. At the option of this holder hereof, the venue of said suit may be laid in the county of the residence of the holder.

You are hereby authorized to contact any or all of the above references regarding our credit standing. I understand the above stated credit terms and policy as stated.

_Graystar Mechanical, Inc_

By X _Brad Erichson_

_President_

Title

For valid consideration and in consideration for any extension of credit to the above listed company, I personally guarantee payment in full of the company account. I also understand and agree to pay service charges of 18% per annum should the account become delinquent. I agree to pay costs of collecting past due amounts including attorney fees and court costs. All information and representations in this credit application are correct and I understand that payment in full is required monthly in accordance with terms. This guarantee is continuing and irrevocable while there is any unpaid balance due to the account.

To terminate my guarantee, I must provide written notice of termination to the credit department of Keller Supply Co. My notice of termination must be signed not only by myself, but also by an authorized representative of Keller Supply Co. Termination will not release me of liability of obligation arising before the effective date of my termination.

DATE 3/5/97     X _Brad Erichson_

X _____

Member
National Association
of
Credit Management

---

| DO YOU REQUIRE PURCHASE ORDERS? YES ☐ NO ☐ | HOW MANY COPIES OF EACH INVOICE DO YOU REQUIRE? ____ |
|---|---|
| DO YOU WISH TO ACCEPT BACKORDERS? YES ☐ NO ☐ | DO YOU WISH TO HAVE PRICES PRINTED ON YOUR SALES ORDERS? YES ☐ NO ☐ |

002001

Exhibit A, Page 1 of 1