# Transactions Listing

Matter ID = '10140.0011A' and component <> 'T' and component <> 'PO'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 4/19/2006 | | 10140.0011A / Neeser Construction Inc.<br>Keller Supply/Fairbanks Fire Station<br>Alaska Court Services, Inc. | Dir | 1.00 | 45.00 | 45.00 |
| 6/21/2006 | CB | 10140.0011A / Neeser Construction Inc.<br>Keller Supply/Fairbanks Fire Station<br>Photocopies | PC | 51.00 | 0.15 | 7.65 |
| 8/22/2006 | CB | 10140.0011A / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Photocopies | PC | 57.00 | 0.15 | 8.55 |
| 10/20/2006 | CB | 10140.0011A / Neeser Construction Inc.<br>Keller Supply/Fairbanks Fire Station<br>Photocopies | PC | 129.00 | 0.15 | 19.35 |
| 12/22/2006 | CB | 10140.0011A / Neeser Construction Inc.<br>Keller Supply/Fairbanks Fire Station<br>Photocopies | PC | 14.00 | 0.15 | 2.10 |
| 1/19/2007 | CB | 10140.0011A / Neeser Construction Inc.<br>Keller Supply/Fairbanks Fire Station<br>Photocopies | PC | 167.00 | 0.15 | 25.05 |
| | | Grand Total | | 419.00 | | $107.70 |