Julia M. I. Holden, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501
Phone: 907-258-0106
Fax: 907-258-5519

Attorneys for Neeser Construction Inc. and
     Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES, ex rel. Keller Supply Company, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3-06-CV-00030 RRB |
| vs. | ) ) | |
| GRAYSTAR MECHANICAL INC.; BRAD ERICHSON; NEESER CONSTRUCTION INC.; and SAFECO INSURANCE COMPANY OF AMERICA, under Bond No. 6255769, | ) ) ) ) ) | <u>APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY CLERK AGAINST GRAYSTAR MECHANICAL INC.</u> |
| Defendants. | ) ) | |

TO:   CLERK OF THE COURT

Pursuant to Federal Rule of Civil Procedure 55(b), cross-claimant Neeser Construction Inc., by and through its attorneys, Oles Morrison Rinker & Baker LLP, hereby requests that you enter default judgment in favor of Neeser Construction

Inc., and against defendant Graystar Mechanical Inc., for recovery of sums paid by Neeser to Keller Supply Company to satisfy Graystar's obligations under its subcontract with Keller as set forth in the affidavit filed herewith.

Dated: July 16, 2007
OLES MORRISON RINKER & BAKER LLP
Attorneys for Neeser Construction Inc. and Safeco Insurance Company of America

By: s/Julia M. I. Holden
Julia M. I. Holden
holden@oles.com
Alaska Bar No. 0310046
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 258-0106
Fax: (907) 258-5519

P-JMH 005 APP clerk judgment-Graystar 071607 101400011A

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2007, a true and correct copy of the foregoing was served electronically on:

Mark S. Bledsoe
bledsoe@alaska.net
Law Offices of Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, AK 99503

OLES MORRISON RINKER & BAKER LLP

By: s/Julia M. I. Holden

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Application for Entry of Default Judgment by Clerk
Against Graystar Mechanical inc. -- Page 2 of 2