Julia M. I. Holden, Esq.
OLES MORRISON RINKER & BAKER, LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501
Phone: 907-258-0106
Fax: 907-258-5519

Attorneys for Neeser Construction Inc. and
    Safeco Insurance Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES, ex rel. Keller Supply Company, | ) ) ) |
| Plaintiff, | ) Case No. 3-06-CV-00030 RRB ) |
| vs. | ) ) |
| GRAYSTAR MECHANICAL INC.; BRAD ERICHSON; NEESER CONSTRUCTION INC.; and SAFECO INSURANCE COMPANY OF AMERICA, under Bond No. 6255769, | ) <u>DEFAULT JUDGMENT BY CLERK</u> ) <u>AGAINST GRAYSTAR</u> ) <u>MECHANICAL INC.</u> ) ) ) |
| Defendants. | ) ) |

Defendant Graystar Mechanical Inc. has failed to plead in or otherwise defend this action, and default has been entered. Cross-claimant Neeser Construction Inc. requested default judgment against defendant Graystar and filed an affidavit that defendant Graystar owes Neeser the principal amount of $74,846.95 and that defendant Graystar is not an

infant, incompetent, or in the military service of the United States.

  IT IS ORDERED that Neeser shall recover from and have judgment against defendant Graystar as follows:

| | | |
|---|---|---|
| a. | Principal Amount | $74,846.95 |
| b. | Prejudgment Interest on principal (computed at the annual rate of _____%) | _____ |
| c. | Sub-Total: | $_____ |
| d. | Attorney's Fees<br>Date Awarded:_____<br>Judge:_____ | _____ |
| e. | Costs<br>Date Awarded:_____<br>Clerk:_____ | $_____ |
| f. | TOTAL JUDGMENT: | $_____ |
| g. | Post-Judgment Interest Rate: | _____% |

Dated:         IDA ROMACK
             Clerk of Court


             By: _____

P-JMH 005 JUD clerk judgment-Graystar 071607 101400011A

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2007, a true and correct copy of the foregoing was served electronically on:

Mark S. Bledsoe
bledsoe@alaska.net
Law Offices of Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, AK 99503

OLES MORRISON RINKER & BAKER LLP

By:__s/Julia M. I. Holden_____

*U.S. ex rel. Keller Supply Co. v. Graystar Mechanical, Inc., et al.*
Case No. 3-06-CV-00030 RRB
Default Judgment by Clerk
Against Graystar Mechanical Inc. -- Page 3 of 3

**OLES MORRISON RINKER & BAKER LLP**
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519