# Transactions Listing

Matter ID = '10140.0011A' and component = 'T'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 3/14/2006 | JMH | 10140.0011 / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Draft and finalize answers for federal and state court actions; confer with Safeco and Neeser regarding same. | T | 1.25 | 185.00 | 231.25 |
| 3/27/2006 | CLS | 10140.0011 / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Organize case documents, create cast of characters. | T | 0.37 | 85.00 | 31.45 |
| 4/6/2006 | BJW | 10140.0011 / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Review pleadings and correspondence to familiarize with proceedings to date | T | 0.25 | 175.00 | 43.75 |
| 4/5/2006 | CLS | 10140.0011A / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Review answer and complaint. | T | 0.70 | 85.00 | 59.50 |
| 4/6/2006 | CLS | 10140.0011A / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Create cast of characters; confer with J. Holden and B Wachsteter regarding discovery plan; create discovery plan checklist. | T | 1.20 | 85.00 | 102.00 |
| 4/10/2006 | CLS | 10140.0011A / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Organize and bates number Keller documents | T | 1.25 | 85.00 | 106.25 |
| 5/1/2006 | CLS | 10140.0011A / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Review documents received from opposing counsel, research invoices received from opposing counsel, draft letter to opposing counsel regarding the same. | T | 3.00 | 85.00 | 255.00 |
| 5/3/2006 | CLS | 10140.0011A / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Organize documents received from opposing counsel, create memo to J. Holden regarding invoices that need to be requested. | T | 0.60 | 85.00 | 51.00 |
| 7/26/2006 | BJW | 10140.0011A / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Review Application for Entry of Default; affidavit for Entry of Default and Default Judgment and default order submitted by attorney for plaintiff Keller Supply Co. | T | 0.10 | 175.00 | 17.50 |
| 7/31/2006 | BJW | 10140.0011A / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Review file to formulate strategy for resolution | T | 0.50 | 175.00 | 87.50 |

7/3/2007

Exhibit C, Page 1 of 4

# Transactions Listing

Matter ID = '10140.0011A' and component = 'T'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|----------------------------------------------------------|------------------------|-------|-------|-------|
| 8/8/2006 | BJW | 10140.0011A / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Receive & review Entry of Default against Graystar<br>Mechanical, Inc. and Brad Erichson obtained by<br>plaintiff Keller Supply Co. | T | 0.10 | 175.00 | 17.50 |
| 8/14/2006 | BJW | 10140.0011A / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Review initial pretrial order in City of Fairbanks et al.<br>v. Graystar Mechanical, Inc. et al. | T | 0.10 | 175.00 | 17.50 |
| 8/17/2006 | BJW | 10140.0011A / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Receive and review Initial Pretrial Order in state court<br>matter, City of Fairbanks et al. v. Graystar<br>Mechanical, Inc. et al.; receive and review fax from<br>Keller Supply's attorney (Bledsoe) regarding<br>proposed trial dates | T | 0.20 | 175.00 | 35.00 |
| 9/12/2006 | CLS | 10140.0011 / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Copy project documents for J. Holden. | T | 0.40 | 45.00 | 18.00 |
| 9/8/2006 | JMH | 10140.0011 / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Confer with M. Bledsoe | T | 0.10 | 185.00 | 18.50 |
| 9/20/2006 | JMH | 10140.0011 / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Review proposed report and call M. Bledsoe<br>regarding same | T | 0.30 | 185.00 | 55.50 |
| 9/25/2006 | BJW | 10140.0011 / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Review and analyze plaintiff Keller Supply Co.'s<br>initial disclosures | T | 0.15 | 175.00 | 26.25 |
| 11/22/2006 | BJW | 10140.0011 / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Telephone call to Keller's attorney (Mark Bledsoe)<br>regarding settlement offer | T | 0.10 | 175.00 | 17.50 |
| 12/1/2006 | BJW | 10140.0011 / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Email message from client regarding status of<br>response to settlement offer; telephone call to<br>Keller's attorney regarding same (left message) | T | 0.10 | 175.00 | 17.50 |
| 12/4/2006 | BJW | 10140.0011 / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Telephone call from Keller's attorney (Bledsoe)<br>regarding status of Keller's pending response to | T | 0.05 | 175.00 | 8.75 |

# Transactions Listing

Matter ID = '10140.0011A' and component = 'T'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|-------------------------------------------------------|------------------------|-------|-------|-------|
| | | Neeser's settlement offer | | | | |
| 12/8/2006 | BJW | 10140.0011 / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Telephone call from Keller's attorney (Bledsoe)<br>regarding Keller's response to settlement offer;<br>review & analyze fax from Bledsoe regarding same;<br>forward fax to client (Joyce @ Neeser) with request<br>to call to discuss | T | 0.15 | 175.00 | 26.25 |
| 12/13/2006 | BJW | 10140.0011 / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Review letter from Keller's attorney and proposed<br>stipulation for dismissal; email to client regarding<br>correct amount of Keller's fees & costs incurred;<br>preparation of settlement agreements | T | 0.50 | 175.00 | 87.50 |
| 12/12/2006 | BJW | 10140.0011 / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Telephone call from Keller's attorney regarding<br>settlement; telephone call to client regarding<br>preparation of settlement checks | T | 0.15 | 175.00 | 26.25 |
| 12/18/2006 | BJW | 10140.0011 / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Telephone call to Keller's attorney (Bledsoe)<br>regarding discrepancy in amount of fees & costs<br>claimed by Keller between correspondence of 12/6<br>and that of 12/13; revision to dismissal stipulation<br>regarding Neeser's payment of Keller's attorney fees<br>and costs; telephone call to client (Joyce Frostad)<br>regarding same | T | 0.20 | 175.00 | 35.00 |
| 12/22/2006 | BJW | 10140.0011 / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Make revisions to settlement agreements and<br>Stipulations for Dismissal to reflect assignment of<br>Keller's causes of action to Neeser; preparation of<br>letter to Keller's attorney (Bledsoe) regarding same;<br>review letter from Bledsoe with attached billing<br>statements produced to substantiate Keller's<br>claimed attorney fees and costs | T | 1.10 | 175.00 | 192.50 |
| 12/14/2006 | BJW | 10140.0011 / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Telephone call to Keller's attorney regarding<br>settlement documents | T | 0.25 | 175.00 | 43.75 |
| 6/18/2007 | JMH | 10140.0011 / Neeser Construction Inc.<br>Keller Supply Company/Alert Holding and Pallet<br>Review court's order and follow up regarding same | T | 0.30 | 190.00 | 57.00 |

# Transactions Listing

Matter ID = '10140.0011A' and component = 'T'

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 6/28/2007 | BJW | 10140.0011 / Neeser Construction Inc. Keller Supply Company/Alert Holding and Pallet Preparation of default judgment applications and related documents to obtain default judgments against Graystar Mechanical, Inc. and Brad Erichson in federal (AHPP project) and state (Fairbanks Fire Station project) court actions filed by Keller Supply Co. | T | 1.30 | 175.00 | 227.50 |
| 6/29/2007 | JMH | 10140.0011 / Neeser Construction Inc. Keller Supply Company/Alert Holding and Pallet Follow up on motion status | T | 0.10 | 190.00 | 19.00 |
| | | Grand Total | | 14.87 | | $1,931.95 |