UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KELLER SUPPLY CO., ex rel.   v.   GRAYSTAR MECHANICAL, INC., et al.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                          CASE NO.  3:06-CV-00030-RRB

John W. Erickson, Jr.                     DATE: November 15, 2007

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
               RE CROSS-CLAIMANT'S REQUESTS FOR DEFAULT JUDGMENT**

---

Before the Court is Cross-Claimant Nesser Construction, Inc. ("Nesser") with: (1) an Application for Entry of Default Judgment by Clerk Against Brad Erichson (Docket 30); and (2) an Application for Entry of Default Judgment by Clerk Against Graystar Mechanical, Inc. (Docket 32).

For good cause shown, the application at **Docket 32** is hereby **GRANTED**. As a result, the Clerk of Court is directed to enter default judgment in favor of Nesser, and against Defendant Graystar Mechanical, Inc., for the recovery of certain sums to be determined at a later date. See Affidavit for Entry of Default Judgment Against Graystar Mechanical, Inc. at Docket 33.

Inasmuch as Nesser has not filed a cross-claim against Defendant Brad Erichson, and some confusion exists as to Erichson, the Application for Entry of Default Judgment at **Docket 30** is hereby **DENIED without prejudice**.