**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

KELLER SUPPLY CO, ex rel,
    Plaintiff,

                             Case Number 3:06-cv-00030-RRB

v.

GRAYSTAR MECHANICAL INC. et al,
    Defendant.             **JUDGMENT IN A CIVIL CASE**

 XX  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT the Court having GRANTED the Motion for entry of Default at Docket 35; Default Judgment is entered in favor of Nesser, and against Defendant Graystar Mechanical, Inc. In the amount of $74,846.95.

APPROVED:

s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

Date: November 27, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                      IDA ROMACK
                             Ida Romack, Clerk of Court

[306-cv-30-RRB Proposed Judgment re KELLER SUPPLY.wpd]{JMT2.WPT*Rev.3/03}